**Order filed, March 13, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-01074-CV

———————

**HUBERT  BASS, Appellant**

**V.**

**MICHAEL W. GILLASPIA JR. D/B/A TEXAS TRUCK SALES, Appellee**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CV-0709**

---

## ORDER

The reporter's record in this case was due March 12, 2019.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Cylena Korkmas, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM